```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 2/23/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYON RIVER SHIPPING COMPANY LTD.,

                Plaintiff,

        -against-

PARKROAD CORPORATION,

                Defendant.

**ECF CASE**

08 Civ. 8540 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS this Court's November 19, 2008 order required Plaintiff to send a letter to this Court describing the status of the above-captioned action every ninety days, with the first such status letter due to the Court on February 17, 2009; and

        WHEREAS Plaintiff has failed to send this Court the first such status letter;

        It is hereby ORDERED that if Plaintiff fails to submit a status letter by March 2, 2009, this Court will vacate its October 7, 2008 ex parte order for Process of Maritime Attachment and Garnishment – as well as any restraint of any assets or other property authorized by that order – and will dismiss this action without prejudice.

Dated: New York, New York
       February 23, 2009

                SO ORDERED.

                _____
                Paul G. Gardephe
                United States District Judge